**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

13-1392

STATE OF LOUISIANA

VERSUS

WILLIAM CHARLES KLESKO, JR.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 84229
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JUDGE SYLVIA R. COOKS

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and Shannon J. Gremillion, Judges.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS FROM THE DATE OF THIS DECISION.**

Ronald K. Seastrunk
Office of the District Attorney
P.O. Box 1188
Leesville, LA 71446
(337) 239-2008
COUNSEL FOR APPELLEE:
          State of Louisiana

Paula C. Marx
Louisiana Appellate Project
P.O. Box 80006
Lafayette, LA 70598
COUNSEL FOR APPELLANT:
          William Charles Klesko, Jr.

**Cooks, Judge.**

On January 8, 2013, Defendant-Appellant, William Charles Klesko, Jr., was charged with identity theft, unauthorized use of a movable, and theft of the assests of an aged person. On May 20, 2013, Defendant-Appellant entered pleas of guilty to the amended misdemeanor charges, theft of property valued at under five hundred dollars each. On July 23, 2013, Defendant-Appellant was sentenced to six months in the parish jail on each charge and to pay a fine of three hundred and fifty dollars plus court costs on each charge, suspended, and placed on a four year supervised probation with special conditions.

Defendant-Appellant filed a "MOTION TO RECONSIDER SENTENCE" with the trial court on July 26, 2013. The trial court denied Defendant-Appellant's motion on July 29, 2013.

Defendant-Appellant filed a "MOTION FOR APPEAL AND DESIGNATION OF RECORD" with the trial court on August 26, 2013. The trial court granted his written motion for appeal on August 27, 2013.

On December 6, 2013, this court lodged the appeal record. On December 10, 2013, this court issued a rule to show cause why this matter should not be dismissed as non-appealable, since the offenses at issue are misdemeanors.

On December 26, 2013, Defendant-Appellant's counsel responded, acknowledging that the case is non-appealable but requesting that the appeal be converted to a writ application. Accordingly, the appeal in this case is hereby dismissed. The request to convert the appeal to a writ is denied, but Defendant-Appellant is hereby permitted to file a proper application for supervisory writs, in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than fifteen days from the date of this decision. Defendant is not required to file a notice of

1

intent to seek writs nor obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3, as we hereby construe the motion for appeal as a timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS FROM THE DATE OF THIS DECISION.**